UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MILTON BALKANY,

Defendant.

10 Cr. 441 (DLC)


# ADDENDUM CONTAINING LETTERS*
## SUBMITTED IN CONNECTION WITH
## SENTENCING MEMORANDUM ON
## BEHALF OF MILTON BALKANY


*Redacted to delete street addresses,
phone numbers


Dated: New York, New York
February 9, 2011

KELLEY DRYE & WARREN LLP
Alan R. Kaufman
James M. Keneally
101 Park Avenue
New York, NY  10178
(212) 808-5195

# ADDENDUM A
# (PART 1)

## A. School

1. Hana Berdugo
2. Mindy Berkowitz
3. Rivkie Berkowitz
4. Jacob Edelstein
5. Tamar Fetman
6. Chana Flaum
7. Chaya Fried
8. Abe Friedman
9. Shani Friedman
10. Penina Gewirtzman
11. Cindy Glatt
12. Malka Grinberger
13. Linda Grossman
14. Chana Grunbaum
15. Judy Halberstam
16. Ruth Halpert
17. Yechezkiel Kalikstein
18. Chaya Karpensperung
19. Sharon Konig
20. Sora Lampner
21. Rabbi Jacob Pollak
22. Chana Reicher
23. Bracha Retter
24. Sarah Rudomin
25. Fradel Shapiro
26. Rabbi Shmuel Singer
27. Blimy Steinberg
28. Miryam Swerdlow
29. Malka Tsabary
30. Penina Velenski
31. Alan Vinegrad
32. Mattie Weiser
33. Shulamis Weissman
34. Leron Zaggy
35. Miriam Zakarin-Treuhaft

# EXHIBIT 1

**Hana Berdugo**

████████

**Brooklyn, NY 11204**

████████                                    ████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 2, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

In 1997 I was married in Israel to a young man from America. A week later I found myself in the United States, a young woman without any family and without a system for support. I tried to be a dutiful wife and to make a life with my husband but unfortunately things did not work out.

In 2003 with two little girls, Michelle (5) and Odel (3), I returned to Israel and hoped to get a divorce. I got my get, the religious divorce, which is also the civil divorce there, and for that I was so grateful. But there has never been any child support from him for the seven years. Then in 2004 things were very difficult there. My family is very poor and they could not support me. So I decided to take my two little girls and to try and make a life in America.

I came here and did not have a penny and I was very much alone. We moved into a little basement apartment but I had no money for food, for clothes and not for schooling. Here I was with two little girls who needed a proper Jewish education. No school wanted to take them as I needed full scholarships. It is a sad thing to say about those schools, but that is the truth. We had nothing and I mean nothing.

Then someone told me about Rabbi Balkany. He had a name for having a big heart and wanting to help people. So I went to his school and there I had an interview by one of the staff members and she told what the tuition would be.

But even though it was lower tuition than the other schools, there was no way that I could even dream of paying the tuition. Then someone told Rabbi Balkany about my situation. To say that he was helpful or kind would be a complete understatement about the care and concern that he gave me and my girls. Not only was tuition free but he made sure that I had money to buy coats, clothes and shoes for them. And that was not all.

Before every weekend he made sure that I had a place to be with my girls for Sabbath meals. Through him we got food packages from the Tomchei Shabbos organization. It was amazing. He treated my girls as if they were his own daughters. And then I saw that he treated every girl in the school as his own child. On snow days he would stand outside the school to make sure that every child was safe when she walked from the bus into the school. Rabbi Balkany is a man who cares.

It was such a sad day when the school closed and I had to move my girls to the Bais Yaakov of Boro Park. It is a bigger school. There are more facilities. But the love and home that Rabbi Balkany and his school are for the girls is not at this new school or any other school. I beg Your Honor to show mercy to Rabbi Balkany and not to send him away. It will be a disaster to all who need him. If you want me to come and tell my story in court and to speak on his behalf I will be happy to do so.

Sincerely yours,

Hana Berdugo

# EXHIBIT 2

Mrs. Mindy Berkowitz

Howard Beach, NY  11414

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

December 30, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I am writing to you on behalf of Rabbi Balkany whom I know for many years. Both of my daughters were his students in Bais Yaakov of Brooklyn, where I served as a member of the PTA.

Rabbi Balkany is a compassionate man who had a special rapport with his students, and took an interest is them not just as students, but as complete human beings. He has a special place in his heart for children who come from underprivileged homes.

Two examples stand out in my mind that reflect the persona of Rabbi Balkany and, which I believe, have never been emulated in any other school. He organized a special Shoe Fund so that those children whose parents could not afford to pay tuition would have new shoes for the Holidays, just the same as their more well-to-do classmates. I know this personally because one year, I was the one who took the girls to the shoe store where they picked out two pairs of shoes – weekday shoes and dress shoes plus bedroom slippers.  When I asked why we couldn't buy the bedroom slippers at a discount store, Rabbi Balkany informed me that these children deserved to feel as special as the well-to-do children. It was not a case of two or three girls.  On each occasion there were tens of girls who were treated to this kindness.

The second example is the After School Tutoring Program.  While some of the parents paid for the tutoring sessions, most did not.  The students never knew that their parents did not pay, the tutors did not know, and most of the parents did not even know there was a fee.  It was important to Rabbi Balkany to know that his students had every opportunity to do well and to feel good about themselves. He always stepped in to help the students and their parents, whenever the opportunity arose.

These are only two examples of  Rabbi Balkany's many, many compassionate deeds. Most are not public knowledge because he is not one to flaunt what he does for others.  Please allow me to suggest that he deserves compassion in his time of need.

Thanking you for taking the time to read my letter, I am,

Very truly yours,

Mrs. Mindy Berkowitz

# EXHIBIT 3

Rivkie Berkowitz
██████████
Brooklyn, NY 11219

January 12, 2011

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Justice Cote:

Over twenty-five years ago, I graduated from Rabbi Balkany's and elemenatary school in Brooklyn, which I had attended for ten years. During that time, I came to know the Rabbi as a kind, compassionate leader and consummate educator.

Every year on the first day of school, Rabbi Balkany addressed the students at a school-wide assembly. He personally greeted each of us with a warm, welcoming smile, and handed each student a plastic bag with a piece of honey cake, as well as a coin that each student would give to charity. In this kind manner, Rabbi Balkany instilled in his students the sweetness of giving charity. I have never forgotten that first day at his school.

Our school also had a *chesed* (kindness) program. Each student was required to donate several hours of her time each week, performing acts of kindness in the community. For all of us, it was the most practical way to instill the need to help and care for others. My assignment was to visit a nursing home and interact with the patients. Through this program, Rabbi Balkany taught me the importance of giving back to the community, the elderly, and especially of being a giving person.

Over the years, I had the opportunity to meet many members of Rabbi Balkany's family, specifically Mrs. Balkany and some of their children, who were always kind and friendly. The Balkanys opened their home in a manner far beyond accepted notions of duty and kindness. They frequently had non-relative teenagers living with them, many of whom came from troubled backgrounds or who had found themselves in trouble. As such, Rabbi Balkany very kindly gave many teenagers a fresh start at life.

I hope that Your Honor will consider these few examples of the numerous acts of kindness that Rabbi Balkany has performed throughout his career as an educator, community leader, and caring human being. I respectfully request that Your Honor treat him with kindness as well.

Respectfully,

Rivkie Berkowitz

**Jacob Edelstein**

█████████████████

**Brooklyn, NY 11229**

████████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                                     February 2, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

     My name is Jacob Edelstein and I am a practicing CPA. I write this letter to you about a man whom I know for about 45 years - Rabbi Balkany. We first met in Yeshiva Torah Vodaath where I studied when I arrived in this country as a young thirteen year old boy. He was my dorm counselor. I remember warmly until this very day how he really looked out for me and for all the other students like me. As you can imagine for a youngster at that age it was not easy being away from home and he made the difference in my successful acclimation in the yeshiva, something for which I will always be grateful.

     He was very friendly and served as a positive role model for me and the other students, something that was so important while growing up. One element struck me then and has continued as I have followed his career over these many years - he is a person who makes it his business to look out for others. He molded his school, Bais Yaakov of Brooklyn, after his own vision to be a pedagogical center that would offer the best in education to all who needed it and not only to those who could afford it.

     My wife is a graduate of his school and, in time I am proud to say, that our two daughters studied and graduated there as well. Today they are both married and live in Monsey and Israel, respectively.

     Rabbi Balkany is a man devoted to his students and who makes an impression on them that they carry into their lives, especially the character traits of kindness, devotion and service to others. I know personally that if a parent was unable to pay tuition on time Rabbi Balkany was very easy going and never put pressure on them. He is the gentlest person whose finesse carries through into all that he does and he treats others in the most respectful manner. I can only plead with the Court that the same be accorded to Rabbi Balkany and that he be enabled to continue his life's work and outreach.

Yours sincerely,

Jacob Edelstein

# EXHIBIT 4

# EXHIBIT 5



**Tamar Fetman**

Brooklyn, NY 11230

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 17, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

For the last seventeen years I have run a successful early childhood daycare center. From a handful of children it has expanded to four classes. I love my work and many people have commented that they feel it is a place of warmth, caring and where a sincere interest is taken in each child.

Your Honor, the model for my success and for my approach has been Rabbi Balkany. During my elementary school years I saw Rabbi Balkany every day. He was always so very warm, friendly and welcoming. His kindly smiling face greeted each one of the students at the door and his genuine concern and love for each child made an indelible impression on all his students. My elementary school experience was a series of wonderful, wonderful years.

As I reflect, I recall with pride that our school, Rabbi Balkany's school, was the very first of the girl's schools to welcome the children of Jewish immigrants from Russia and Iran who fled their countries of origin and arrived penniless to these shores. He took in all those who applied even though they could not afford the tuition.

His Rabbi Balkany's daughter, Devorah, was a classmate of mine and so I was able to see Rabbi Balkany both as the Dean of the school and as a father in his home. He and his wife are the most generous giving people one can find anywhere. I was awed by their open house policy and how they welcomed everyone to sit and eat at their table. Over the years, and they have been hosting people so for some 30 years, averaging two meals a Sabbath each and every week, not including the festivals and weekdays, they must have served well over 30,000 meals. Hundreds and hundreds of people have been made to feel welcome and having self worth.

Over these last days I have thought a lot of Rabbi Balkany and that he may be sent away to prison. It will be absolutely awful. It will be devastating to his immediate family, especially to his little children and his special daughter, Naomi, and of course his wife, Sarah. In addition, his absence will have a palpable effect on so many needy and lonely people. Please show mercy.

Yours sincerely,

Tamar Fetman

# EXHIBIT 6

**Chana Rivka Flaum**

Brooklyn, NY 11204

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 20, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I have known Rabbi Balkany now for 28 years.  I was a young student in his school, Bais Yaakov of Brooklyn.  As a little kid I was, of course, awed by the head of our school.  My early school memories of Rabbi Balkany are many stories and examples of how every single child in his school was so important and that no student was "just a number" or "a tuition check".

The one impression that I remember most vividly is how, in the rain, heat or snow, Rabbi Balkany stood at the glass doors of the 49th street building greeting each student with a warm "Good Morning" and a smile.  We recognized this as a nice way to start our day. However, I understand that Rabbi Balkany used this time to not only connect with the students, but to notice if a child did not have a proper pair of shoes, a warm coat, or even if a child looked particularly sad.

Then, quietly but with no delay, he would make sure that if a girl needed shoes, his secretary would contact the shoe store and make an appointment for the child and her parents to go pick out a pair of shoes paid for by the school. I later found out that one of the secretaries asked him why shoes were purchased at the local shoe store, rather than at Payless.  The response was aside from the fact that the child deserved regular, good leather shoes that would be healthier for her feet, it was important that the girl be able to take pride and excitement in purchasing her very own shoes in a store just as her friends did.

If a child was sad, he would investigate the reason, whether it was school or home related, and make sure that the teacher was on top of the situation.  If a child needed extra assistance with her work, Rabbi Balkany would make that a top priority so that she could be mainstreamed back into her classroom.

In 1996 when it was time to enroll my three year old daughter in school, I wanted her to benefit from the unique and special education and nurturing experiences under Rabbi Balkany's guidance just as that I did. I volunteered to help out in the PTA and by May 1997, I was asked to become Co-President of the PTA, a position that I held for nine years. I witnessed the same amazing care from Rabbi Balkany that I did as a little girl, and then some! The following made an incredible impression:

- I watched as delicious leftover lunches from school were discreetly sent home to those families who could not afford to purchase regular meals for their supper.  I saw children from destitute families welcomed into school and enveloped in warmth and treated like every other child, despite the fact that their parents were not paying tuition.
- Two particular girls had serious, but undetected, eating disorders and Rabbi Balkany would not give up or give in until these girls were eating and receiving the medical attention that was required.

- Agi, an immigrant girl, joined the school in the 8th grade, was unable to speak English. At graduation when she delivered valedictorian speech in perfect there was not a dry eye in the audience.  Not many schools would put in the time, effort and love that made it happen.
- Meira was a very shy, timid girl who barely spoke above a whisper.  She would be visibly nervous and uncomfortable when Rabbi Balkany would hand her a report card because she knew that she had to say "thank you".  In the 8th grade, at the school's poetry was actually able to stand up and recite her poem, loudly and articulately, and in public! After Meira graduated I saw her in a store, wearing her uniform from the high school that she was attending.  I asked her how things were going and she proudly reported to me that she was participating in the school musical production!

These are just a few examples.  It has always been Rabbi Balkany's mantra that if a child came to our doorstep, it was not by mistake or coincidence: we were destined to make a difference in their lives and he made sure that he, along with his office and teaching staff, DID make that difference.  He would tell every teacher at the yearly faculty meeting that she has an obligation to leave any possible bad mood at the front door before she walked into class, because her students deserved and required a wonderful, sunny and loving attitude!  This is why Rabbi Balkany's students have become so successful.  He believes that every student, regardless and in spite of a learning difficulty, or financial instability can and will succeed!!!

These attitudes and sensitivities are not limited to Rabbi Balkany's students.  Staff members seek Rabbi Balkany's help with personal issues - financial, needed advice or just a listening ear.
- A teacher was going through a very personal and difficult fertility crisis. Rabbi Balkany was so sensitive to her. When she finally did have a baby, nobody was happier about the news then Rabbi Balkany!
- The daughter of a teacher was going through a particularly difficult divorce.  Rabbi Balkany offered advice as well as offering to make any phone calls or write a recommendation letters that may help.
- Another staff member had a fatally sick son, followed by a dying father and equally critical husband.  Rabbi Balkany patiently and caringly allowed her to take whatever time was necessary to be at the hospitals and to attend doctors' appointments.

In Rabbi Balkany's home life, other stories abound.
- The birthday of each child, and he has thirteen, as well as in-laws and grandchildren are treated as if it were the most important occasion in the world.
- His children and grandchildren are always at the house, each of their lives intertwined and infused with family love and dedication.
- The Balkany home is an open house for anyone who needs a place to eat.  Any night, especially weekends and holidays, will find the Balkany house filled with guests who have come for a healthy meal and comfort. And these guests are not the kind of people who you or I would willingly invite into our homes.  Rabbi Balkany knows each one by name and treats each one with the utmost respect.
- There was a guest who looked like the kind of person that you would distance yourself from on a train, but Rabbi Balkany responds to him as a close person friend.  On a Friday evening when the house was packed with no less than fifty guests, this gentleman was handed a plate with dinner which included a piece of chicken. He saw that the chicken that was on the plate was a chicken leg, and he preferred chicken breast.  He demanded a different plate and portion.
Whoever was helping in the hot kitchen was very tired and harried, sent back a message that she could not find a chicken breast and that he should please accept the chicken leg.

.

From across the very crowded room, Rabbi Balkany got up from his seat and maneuvered his way around the dozens of guests and chairs and went into the kitchen to find this man a chicken breast. The memory of this occasion remains with me as if it occurred last week!

Five years ago, Rabbi Balkany approached me and asked if I would take on the position of school administrator.  I learned that there was so much more to know about the specialness of Rabbi Balkany! At the best of times running a school is very difficult, but running a school with virtually no tuition income is a nightmare!  Every day I watched Rabbi Balkany navigate through these difficult financial times.  Although I am always tempted to not allow a child back into school if their parents had not paid tuition, Rabbi Balkany's heart melts and always allows the child to remain in class. In other schools in the Jewish community there are affluent parents or contributors, however, at Bais Yaakov of Brooklyn Rabbi Balkany has always been a one-man-show.  He has never been able to enjoy the feeling of having a committee to fundraise for the school, or to help alleviate the intense pressure of meeting teachers' payroll, buying school books and feeding lunch to the students. The complete burden has always been on his shoulders.

On quite a number of occasions I have asked him, point blank, "Rabbi Balkany, what do you need this for?  You've run a school for years. Maybe it's enough! There are so many other less-stressful things you could be doing with your life. Why aren't you just home enjoying your grandchildren?"  But every time, the response is the same.  Rabbi Balkany smiles and explains the importance of having his school open:

- for the children and parents who need it and rely on it
- for the learning disabled children who have come to depend on the time, attention and benefits that they derive from Rabbi Balkany and his school
- for the parents who seek the stability of knowing that their children are in a safe haven
- for the staff that consider their jobs in this school their mission!

Simply, Rabbi Balkany believes 100% in what he is doing and recognizes it as his life's destiny! And these visions and feelings filter down to the staff to help him realize the dream of making a real difference in the lives of his precious students!

I am well aware of the tragic situation in which Rabbi Balkany finds himself. While I do not know the exact details, and for what was wrong I make no excuses, I am sure that whatever transpired Rabbi Balkany's intention has always been and will always be, to help and to do for others.  I respectfully ask that Rabbi Balkany be shown as much consideration as possible. As a friend, I wish for Rabbi Balkany's continued well being. As the administrator of his school, I fear that if, G-d forbid, Rabbi Balkany is not present and available to continue to 'captain' the Bais Yaakov ship, it will ultimately sink and be a tragedy for the girls and their families. Sadly, they have nowhere else to go for a good general and Jewish education! Because Rabbi Balkany believed in them and gave them a chance, the girls went on to become loving and wonderful wives and mothers, doctors, lawyers, accountants, etc.

Respectfully,

Chana Rivka Flaum

# EXHIBIT 7

בס"ד

# Bais Yaakov of Midwood

Brooklyn, NY. 11210

**Rabbi Yehoshua Balkany**
Dean
**Mrs. Chaya Fried**
Hebrew Principal
**Mrs. Zehava Kraitenberg**
General Studies Principal
**Mrs. Chana Rivka Flaum**
Administrator

January 6, 2011

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I have been a staff member here at Bais Yaakov of Brooklyn for the past twenty six years, first as a teacher and then as principal. My family's weltanschauung is one of education - my father was the Dean of a Yeshiva for young men; my mother is still an influential teacher of young ladies; my sisters are principals of schools in NYC, Milwaukee and Wisconsin and I have been in education for over forty years. Thus, I believe that I have the credentials for assessing educators and people.

Your Honor, I have seen and worked with Rabbi Balkany almost every day for these twenty six years and have come to admire and respect him deeply. Perhaps it would be more appropriate to say that I have basked in the influence of Rabbi Balkany's leadership and guidance. I am an eye-witness to, and participant in, exceptional pedagogical professionalism and success stories that can warm anyone's heart.

Our school's credo that Rabbi Balkany developed and reiterates to the staff at the beginning of each school year is: "Students can only learn, grow and thrive through happiness. A disturbed, nervous, troubled child cannot learn, cannot develop and become a future parent and functioning wholesome adult." He constantly repeats almost as a mantra: "Each child is not a child alone, but we are nurturing future generations." Without any personal considerations he has sacrificed time and money and, most of all, himself, in the furtherance of these goals - and he has succeeded.

The number of students admitted to our school for no or minimal tuition is a staggering proportion of the student body, and Rabbi Balkany has had to assume the responsibility to raise the funds to cover the constant deficit. However, with his generous and altruistic spirit Rabbi Balkany goes many steps further beyond the school and its needs. Well aware of the parents' financial difficulties, Rabbi Balkany arranges for envelopes of money, packages of clothing or food to be distributed to help these students and their families. He follows the dictum of our Sages: "If there is no flour, there is no Torah."

Rabbi Balkany becomes an intrinsic part of each student's daily life. His inspiring and motivating talks to the student body go hand in hand with treats that he personally gives to each one to commemorate holidays and special days. Every child receives individual and valuable time and expertise from her beloved Rabbi Balkany. Gifted and average students are motivated to excel under his direction. Students who are learning, emotionally and physically challenged are showered with constant attention and supervision as he spares no effort and expense to help each one overcome difficulties and succeed.

Allow me to share a few case-histories:

- The B. family was dysfunctional; parents were separated and there was no real home. The four young daughters were not accepted by other yeshiva schools due to physical and emotional problems. Rabbi Balkany accepted them, supported them materially and emotionally, and stubbornly refused to give up on them. He instructed the staff to do likewise. The four girls graduated and went on to higher studies and colleges.

- The S. sisters – from a broken home. Yocheved, bulimic and anorexic, and Rivka, sad and tormented. Not accepted at other yeshiva schools. Came to Rabbi Balkany. Not only were they helped professionally, but most of all they were accepted with love and were helped to develop self-esteem. Yocheved is now happily married and Rivka is working in fashion design.

- Esther K. came from Israel and her parents begged to be accepted to our school after being turned down elsewhere. With patience, understanding, and lots of one-on-one, she became a motivated star student, winning contest after contest. Her father said that she had been one step away from being sent to a 'mental facility' in Israel. Her mother's words were, "Rabbi Balkany, Mrs. Fried, and Bais Yaakov of Brooklyn saved my daughter's life."

- Milka A. was angry at her world, school, her family and religion. She cursed and blasphemed. When teachers recommended that she be expelled, Rabbi Balkany requested, "Let's keep trying. Don't give up on her." We didn't. He included the parents in an overall strategy. The end result was that Milka graduated. On her last day of school she wrote a letter of thanks that included: "You always told me that you at Bais Yaakov of Brooklyn believe in me and that you pray that one day I will see that you were right – Today is that day."
  A postscript – Milka came to our school recently to apply for a teaching position for next year!

Rabbi Balkany never forgets a student. No matter how busy his schedule, he has time for everyone and everything. When his former students get married or have a special occasion to celebrate or suffer bereavements, he always attends. Many of these are students who graduated years ago. Rabbi Balkany has influenced and continues to influence the physical, mental and emotional lives of students and staff alike – each and every day. His philosophies, policies, methods and advice are what keep our school going. His hands-on caring, his broad shoulders to carry our burdens have made Bais Yaakov of Brooklyn a school like no other. So many lives, past, present and future, are impacted by him and we all really and truly depend on him. Please show mercy.

Sincerely yours,

*Mrs. Chaya Fried*

Mrs. Chaya Fried

# EXHIBIT 8

Abe Friedman

Brooklyn, NY 11230

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 2, 2011

Re: United States vs. Milton Balkany -10 -CR-441 (DLC)

Dear Judge Cote,

I have never written before to court of law and, hopefully, will never have to again for anyone in such a situation. But I feel that it is my duty to write on behalf of Rabbi Balkany.

In 1987 my wife had a serious nervous breakdown and I became a single parent raising two infant children, one a 1½ year old son and a daughter 3 months old. You can just imagine what was going on in the home, but I tried my best and they are both lovely kids of whom I am so very proud.

When my little daughter reached school age I began searching for a private Jewish school to register her. Unfortunately due to the fact that I was a single parent, school after school refused to

accept her. Why should they? Why didn't she deserve a chance like all the other girls? Was it her fault on one else's fault that her mother was ill and consumed with depression? I was at my wits end. And then someone suggested that I try a school, Bais Yaakov of Brooklyn, as they are known to be more accepting.

I must say I was overwhelmed as the school staff warmly welcomed my little daughter and accepted her. This school was founded on the principle that all children, be they poor or from broken or troubled families, deserve a chance in life.

The founder and dean of the school is Rabbi Milton Balkany. He placed his mark on the school and has served as the guiding spirit and motivation for the staff and student body and he is the one head of Yeshivas and Day Schools who will always give a kid a chance. I once thought that this should be a fundamental of the work of education, but sadly, through experience, I found this was not so. Rabbi Balkany is unique and kind and so many kids owe their successes and the parents their peace of mind to this one man.

When I read about Rabbi Balkany's plight in the papers, I decided that the least I can do to repay him in a small way for his kindness is to write a letter of support. I am not really familiar with all the details of the Balkany case but feel that just as he gave my

daughter and so many others a break in life, he too should be given a break.

Today my daughter is a young adult who is active in helping handicapped children as well as inspiring others who come from less fortunate situations. Thank you Your Honor for taking the time to read my letter and may the Almighty give you a long and healthy life.

Sincerely,

Abe Friedman





# EXHIBIT 9

Shani M. Friedman

Kiryat Telstone, Israel

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 23, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I graduated from Bais Yakov of Brooklyn, Rabbi Balkany's school, in 1986 after spending ten wonderful and happy years there. One of my fondest memories is Rabbi Balkany standing outside the school's entrance every morning, rain or shine or snow, and greeting every girl individually. He knew everyone by name and he knew their families.

That same specialness came through when giving out diplomas or report cards – he greeted each girl with a smile. I remember the first time going up to Rabbi Balkany, a little girl and I was somewhat scared to go in front of him, but his warmth soon changed those feelings and fears.

It was amazing how each child counted and he hired great teachers and principals to make sure that we had wonderful schooling. He encouraged us to maximize our individuality, something which is so lacking in many of the other schools.

The school body was a real mix of local families, immigrant families and there was no particularism or snobbery. It was only recently I heard of how Rabbi Balkany helped those students whose families were poor and who needed clothing and food. And those who came from broken homes, found comfort, warmth and caring in Rabbi Balkany and his school.

Rabbi Balkany taught us faith and values that I am now passing on to my own children. I am an example of how schooling can meaningfully impact on the lives of students and the future generations. We now live in Israel and while my children are attending a good school, I am sorry that they do not have an opportunity to Rabbi Balkany's school – he taught us to appreciate human worth and how to be kind.

In your deliberations regarding Rabbi Balkany I ask, from the bottom of my heart, that you be kind. He is a special person.

Yours sincerely,

Shani M. Friedman

# EXHIBIT 10

Penina Gewirtzman



Brooklyn, NY 11210

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 11, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I write to you on my own behalf as well as on behalf of my sister, Chaya Weingarten. We both express our deepest and heartfelt appreciation to Rabbi Balkany for which our words are really inadequate and we plead to you to show him kindness and leniency.

Our father was a postal worker who died when I was just three years old and Chaya was four, and our darling mother did whatever she could for us, but we were very poor. Although my father's family was somewhat involved with us they did not really help and it was tough. Therefore, when it came to going to school and receiving a solid Jewish education no school opened its doors to us except Bais Yaakov of Brooklyn, Rabbi Balkany's school. I don't think that my mother ever paid tuition and that was never made a criterion by Rabbi Balkany. He was only too pleased that she wanted Chaya and me to have a true Jewish education.

We became very friendly with the Balkany girls and their home was our second home. Rabbi Balkany was very kind and generous to Chaya and me and over the years I looked up to him as to a father and also for guidance. Just like his daughters, I went to him with my problems. He was wonderful to us and tried whatever he could to make our childhoods happy, and if it wasn't for him what kind of education would I have had?

Today I am married with two children and I work as a therapist in special ed for which I recently obtained my Masters. Chaya manages a company in Long Island. Thank G-d we found happiness and stability and we both feel that this is due in a very large measure to the care of Rabbi Balkany. He gave us life. He gave us kindness. He gave us purpose. Kindly show him kindness and mercy and please do not send him away.

From my heart,

Penina Gewirtzman

# EXHIBIT 11

# Cindy Glatt, M.Ed.
### Special Education




**Brooklyn, NY 11210**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 9, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I attended Rabbi Balkany's elementary school and graduated in 1987. Many years have gone by, yet the lesson and example that I saw in Rabbi Balkany made an indelible impression on me. I believe they help guide my choice in becoming a special ed. Therapist, and today I own my own practice.

Rabbi Balkany's daughter, Hindy, was a classmate of mine and we were very, very good friends. I was often over in their home where I was witness to incredible acts of kindness and outreach to others. So many of them have found their moral and social compass in the Balkany home. Some have gone on to build productive lives and others have remained 'members' of the Balkany household nearby and have been at their table for more than twenty years! Rabbi Balkany and his wife are an amazing team, and together with their children they are a truly wonderful family.

Opening their home is not just for food. I remember how they took in a girl, I think she was a distant family member, from Toledo, OH, who had nowhere to stay in New York. There had been difficulties in her parents' home. Rabbi Balkany raised her, schooled her and took care of all her needs, as he did his own daughters. Later there were another two other girls from Ohio who he took in and cared for all their needs.

Each of these cases would qualify a person for a title of being very special, yet Rabbi Balkany far transcended this all. Many, many people never paid tuition and he gave them scholarships and went out to raise the funds to sponsor them! Perhaps that is why the school as an educational institution was an unbelievable success but as a financial venture it could not be sustained

indefinitely. Rabbi Balkany felt sorry for so many people and couldn't bear to see them suffer and especially for children to go without. But he never turned people away.

Please do not turn away from Rabbi Balkany and our pleas on his behalf.

Yours sincerely,

Cindy Glatt

# EXHIBIT 12

# Malka Grinberger

**████████████**

**Brooklyn, NY 11219**

**████████████**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

February 2, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

At the end of December 1990 my career as principal of the Bais Yaakov of Madison School for Girls came to an abrupt end. One day, for reasons known to the administration, the entrance to the school building was padlocked by the sheriff. 130 girls between ages of 6 and 13 were left without a school and my colleagues and I were out of jobs. It was the middle of the school year and my first concern was to get the girls placed in other Jewish schools. However, this was easier said than done.

On the one hand the local Brooklyn schools were full; they were well into their school curriculum; and if any concession was going to be made it would be to families who could afford the school tuition. Unfortunately, nearly all the girls of my school came from poor homes. Some were immigrant homes, others difficult homes. I was beside myself and went knocking at the doors of the different schools begging for them to take in my girls. Finally, three of the large local Brooklyn girls' schools took in 14, 15 and 17 respectively. I still had over 70 kids to place and I did not know what to do.

I went to see Rabbi Balkany and thought he may take in a couple. His was a smaller school but he had a reputation for having a big heart. Your Honor, he took them all in, no questions asked. This included making arrangements for their transportation to and from school – and some of the girls lived in Mill Basin, a significant distance away - lunches and the families of these girls could pay very little tuition if anything. Rabbi Balkany interviewed all of the girls and their parents and assured them that he would see that they would receive a good education. I will never forget his words to me: "I will not close my door on these girls.

Education is the key to their success, and if I don't take them they'll just become drop outs". I can never ever forget those words and when I heard them I said a silent prayer of thanks to God.

Rabbi Balkany just took them in and provided everything they needed. I do not believe that there is any other principal or dean of a school anywhere, anywhere, who would do what he did. There were no honors or kudos for him to receive, because these were all poor kids and nobody was going to make a big scene about it, certainly not Rabbi Balkany. All I know is that he gave each one of these kids a chance at life and he had to bear the responsibility of covering their tuition. I asked him how he was going to manage, because I knew that his school was not in a financially good position. And he answered that it would work out, somehow.

But he didn't just take in the girls. He took in their families. For example, there was a Mavashev family with three girls. They had absolutely no money and they didn't even have regular food for their table. Rabbi Balkany didn't only care about the tuition of the kids but he helped her secure food and have the means to purchase food for the festivals.

And then there is a whole other aspect of Rabbi Balkany that I wish to address. In my home we have many guests who come for dinner on the Sabbath, people that have nowhere to go. But sometimes I admit that there are too many as my husband and I have very limited means. . We can handle and extra five or so. And if we do have to turn people away their reaction is, "Don't worry, we will go to Balkany". Most people don't know this aspect of Rabbi Balkany, but I do because I see it in action. He can have tens of people eating at his table and nicely served on china. It is just not to be believed. Rabbi Balkany and his wife are an amazing team. Every Tuesday there is a lecture for women and a warm meal for those who need.

They are amazing people. When I heard that Rabbi Balkany was indicted my heart broke. He is a person who helps others, who helps the wider community and we need such people. Your Honor, I would be prepared to come before you in court and testify about the incredible deeds of goodness of Rabbi Balkany. Should you wish me to do so it would be my honor to do so at any time you wish.

Sincerely,

Malka Grinberger

# EXHIBIT 13

Linda Grossman
~~[redacted]~~
Brooklyn, NY  11230

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

December 20, 2010

Re: United States v. Milton Balkany-
10-CR-441(DLC)

Dear Judge Cote,

I met Rabbi Balkany three years ago when I was hired to teach the Kindergarten class in his school. His positive presence is palpable throughout the school and he is a highly respected father/grandfather figure to our young and impressionable students.

The girls look forward to his visits to our classroom. He would often come to check on their progress and our new projects. Before every holiday he makes a point of placing a special treat into each girl's little hand, such as an apple or a honey cake. At the same time he gives each girl a coin for charity, to teach them the importance of giving charity.

His friendly smile and warm caring nature endear him to all that meet him. Rabbi Balkany also shows respect to all, including the youngest children, thus making them feel really important. From what I have observed of Rabbi Balkany, his priority in life has always been to make a meaningful difference in the lives of adults, teenagers, and children of all ages. He is a stellar example of how an individual can truly enhance the lives of many and, hopefully, make our world a better place.

Many are dependent on him, and not only students of the school and their families. He is the father of the poor, the lonely and the hungry. Therefore, his absence would be a true hardship for them all.

I humbly ask you to have compassion not to take Rabbi Balkany out of society but to allow him to continue reaching out and helping others,

Sincerely,

Mrs. Linda Grossman

# EXHIBIT 14

Chana Grunbaum
█████████████
Brooklyn, NY 11219
█████████████

December 20, 2010

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

    RE: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

    I have worked as Rabbi Balkany's secretary for close to twenty years. I started out at the school as a single woman and married a couple of years later. Today I am blessed with nine children - the oldest is seventeen. In some ways, it is amazing that I am still working for Rabbi Balkany, considering the attention needed by my family.

    Over the years I have witnessed so many heartrending cases in which Rabbi Balkany has gone out of his way, far beyond any call of duty, to bring comfort and peace of mind to adults and children alike. Of them all, two stick in my mind or, rather, have a place in my heart.

    A number of years ago there was a matter in the school that needed urgent attention. Rabbi Balkany needed or demanded attention to certain details above all else that was happening in the school. I prepared the documentation and needed to speak with him and get his 'buy-in'. I was in his office when all of a sudden a little girl in the second grade, Esther, walked into his office. Rabbi Balkany looked at her with warm eyes and said "Shaiffelah (dear little girl in Yiddish), what do you want?" She came up to him and showed him a picture that she had drawn. It was a silly little picture. But all of a sudden, Rabbi Balkany stopped everything he was doing and focused on the child. I turned to him and said "Rabbi Balkany, we have important documentation to complete, we have a deadline." Your Honor, I will never forget his response. He looked at me with tears welling in his eyes, and said: "<u>This</u> is important. She has no father - he passed away a few months ago, and I have to be her father to which she turns to with her questions." I will never ever forget that message as to what is truly important and what should come first - even in a work setting. After that day she would come to his office regularly and he would put aside whatever he was doing.

    He lavished the same care and concern on all the children, sometimes to chagrin of the staff, myself included. Whenever snow or bitter cold was forecast, the day before Rabbi Balkany would ask various staff members to go past the school, even on a Sunday, to make sure that the heat is on or programmed for the following morning. In addition, he would ask that one of us make sure that the cook has prepared hot chocolate so that when the girls come in they should have something warm.

    The other case that stands out in my mind is that of a teacher who was very poor and apparently had no money for Sabbath meals. I do not know why the husband was not earning

and why he didn't bring in any money, but the bottom line is, they did not have money. Rabbi Balkany would help her out. In addition there is an organization *Tomchei Shabbos* that packages food for the needy, and distributes them anonymously on Thursday so that families will have food for the Sabbath. When it was suggested that we help this teacher receive Tomchei packages she remarked that her husband did not allow them to accept charity packages. Somehow he felt that it impinged on his honor and she was afraid to say yes even though it would help her family. So Rabbi Balkany organized for the *Tomchei* packages to be delivered to the school and they were repacked into bags, and that's how she got them into her home. With the same teacher, when it came to marrying off her daughters, she had no money. Rabbi Balkany went and raised the needed funds.

He always helped people in a way that preserved their dignity. For others he arranged tabs at the local grocer so that they could have food on their table. For all the girls in the school who came from poor homes, he arranged to buy shoes and boots, as well as slippers, for them.

We had an elderly cook in the school, a Holocaust survivor. One day she underwent heart surgery and as she lay in the hospital recovering she was afraid that she would not have a job once she recuperated. Rabbi Balkany spoke to her son, and told him to assure his mother that she would still have her job. In the end, she was not able to work and do what she could before. Nevertheless, he kept her employed and found easier tasks for her, all while he employed someone else as well.

As if all the caring and outreach at school were not enough, Rabbi Balkany has a whole outreach operation at home. Every Sabbath, Rabbi Balkany and his wife host fifteen to thirty-five additional people at each meal! Among them are people, please excuse me for saying so, who I would not let into my house. Some are people that I see begging on 13th Avenue and are terribly disheveled. Some are elderly and lonely people. For a person who is so fastidious about appearance and careful in both his speech and conduct, these actions are even more amazing. Your Honor, if you would see some these people, you might not even want to stand next to them. But anyone who comes through his door, is given the warmest welcome. He sits them down at the table with him, and waits on them.

There is much more I could write about Rabbi Balkany but I do not want to take up the time of the Court. He is an incredible human being, and one who continually looks out for others. My heart breaks that a man like him is facing sentencing. I don't understand it, and I cannot understand it. I pray for this man of great compassion and who has carved his own niche in the concept of kindness and community service. I cannot help thinking about Rabbi Balkany's wife and their young children. What will happen to them if he has to be sent away from home? Please show mercy.

Yours sincerely,

Chana Grunbaum

# EXHIBIT 15

# Judy Halberstam



Far Rockaway, NY 11691



Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

December 28, 2010

Re: United States v. Milton Balkany, 10-CR-441 (DLC)

Your Honor:

I write on behalf of a person who has played various roles in my life – the Dean of
the elementary school that I attended, my former employer, and the officiant at my
wedding - Rabbi Balkany. Twenty-six years ago I attended Bais Yaakov of Brooklyn and
have very fond memories of the warm atmosphere created by Rabbi Balkany and his
staff. He knew everyone of us kids personally and addressed me by a humorous
nickname, "the dancer." His kindness also extended past school hours. On weekends
his house became my home away from home, and he would make sure that all us
children who came there were well taken care of.

At his school I acquired skills and knowledge that I remember and use to this day.
Although the level of education was high and surpassed that of the school from which I
transferred in the 6th grade, with the help of the warm staff I acclimated quickly.

Rabbi Balkany's kindness knew no bounds. When I was in the 8th grade a hearing-
impaired student joined our school and he made sure that she was accommodated and
helped. That was a time that predated special ed assistance. We also had a classmate
who was living at the Balkany's because her home life in Detroit was extremely
precarious. Simply, growing up I witnessed how Rabbi Balkany's home was open to all,
and his generous spirit allowed so many to blend in.

As an adult I attained my Masters in Special Education and taught at Bais Yaakov of
Brooklyn. The wheel of life had turned a full circle. From a teacher's perspective, I was
impressed to see the school's specialized attention to each student. Thus, not only were
the academic stars noticed and praised, but the children at risk were readily admitted
and given the correct attention and encouragement. It is rare to find a school that cares
about and seeks to amplify the unique qualities of each student in a personal way. As a
staff member, I was encouraged to form personal bonds with students so that they
would have someone to whom they could readily turn with their problems. That

reminded me of how my friends and I still returned to Bais Yaakov to speak with the principal and/or Rabbi Balkany about our problems or just to share our joys and achievements. This has always been a theme in Bais Yaakov.

Unfortunately, my marriage did not work out and I was subjected to terrible abuse. When I sought a divorce, especially to obtain a get (a Jewish religious divorce) without which I would never be able to remarry in our faith, I turned to Rabbi Balkany. He was very supportive and helpful, not only in the logistics but in the general moral support. I knew that I could call on him. It was awful. My ex was about to disappear with my daughter. He claimed that I was mentally unsound, that he deserved custody and that I was not entitled to any alimony etc. Rabbi Balkany helped save the day for me. I received sole custody of my daughter and child support. When I remarried several years ago, we asked Rabbi Balkany to officiate and he readily agreed. He was genuinely so happy for us.

Rabbi Balkany is a strongly committed family man. Family events have always been of the utmost importance to him, and his greatest joy was to have the entire family united at family celebrations. I recall his great concern for his grandson when he was assisting in finding him the right high school to meet his needs. Yet despite his large family, Rabbi Balkany's devotion to the public did not wane. Rabbi Balkany has always been concerned for those less fortunate than he, and his generosity extends to all.

He is a true community man and should he be sent away it would devastate not only his family, children, and grandchildren, but so many in the broader community as well.  I respectfully appeal that Your Honor consider alternate sentencing so that those whose lives he has touched will not suffer.

Thank you for your consideration,

Judy Halberstam

Judy Halberstam

# EXHIBIT 16

**Ruth Halpert**

Brooklyn, NY 11219

The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 23, 2010

Re: Milton Balkany

Dear Judge Cote,

I am so terribly saddened about Rabbi Balkany's case but I feel it an honor to be able to write a letter on behalf of this very special man. I have been one of the teachers in his school for nearly thirty years, both in the nursery school and in the kindergarten. My daughter was a student there though high school graduation. As a result, I have had ample opportunity to see Rabbi Balkany as a boss, as a dean and, most importantly, as a human being.

He is a perfect gentleman and his graciousness and kindness is something from which all staff members and students alike have benefitted. Should one suggest that my remarks are made because I work for him, let me hasten to say that the school owes me, as well as other staff members, a year's salary and yet we all, as one, continue to sing his praises and respect him. We know that somehow, slowly but surely, Rabbi Balkany will make sure that we are all paid. Such loyalty is not gained by chance but rather reflects the dignity and decency of the Dean. Rabbi Balkany will never abandon a person and shows enormous kindness.

In fact, I believe that the school's financial problems are as a direct result of his kindness. You see, all the yeshivas for boys and girls are private institutions, and due to the financial crunch only those who can pay the tuition or at least a substantial part of it are accepted. As a result, there are hundreds of Jewish girls from religious homes who were not accepted in yeshivas. Moreover, with the influx of Russian Jews who found a home in the United States and who wanted to send their daughters to attend yeshivas, many found themselves unable to do so as their daughters were not accepted. That is except for one school, Rabbi Balkany's. He never applied a means test as a condition for acceptance of any child. As a result, hundreds and hundreds of Jewish girls received a wonderful Jewish education because of him. However, there was another result of the above - most did not pay tuition and he was continually in a cash crunch to meet payroll

and other expenses. Nevertheless, he didn't compromise on the quality of the studies and spent his life raising funds to educate these girls, and also found time and effort to help other yeshivas and Jewish causes. Simply, Rabbi Balkany looked out for others and not to feather his own nest.

On a personal level, Rabbi Balkany was kind to my family, especially to my late husband. I come from the United Kingdom and as a daughter married and living with a family in the United States, pressures mounted as my parents grew older and became sickly. They needed my attention and during a period of some four years I frequently had to fly to London at the drop of a hat to attend to them and to help them. On a number of those trips I was away for some five weeks at a time. I was amazed that I was not asked to leave my position. When on one occasion I tried to broach the subject with Rabbi Balkany, his words, and I will never forget them, were "Ruthy, you have to do what you have to do. Never worry about your job." Your Honor, he was as good as his word. Subsequently, I had to take additional leaves of absence when my parents died in short succession. One would have to go very far to find a boss or head of an institution like Rabbi Balkany who will be as understanding and accommodating and never dock one's pay.

My husband and I were so proud that Rabbi Balkany officiated at the weddings of our children, and they felt honored that he was there to do so. Mrs. Sarah Balkany is a gracious lady and I know how much she and the Rabbi care for other people. Their own comfort and convenience is always put on the back burner for others. This is despite the fact they have a mentally challenged child and all that such a condition entails. My heart goes out to them both and I can only beg the Court for compassion and leniency to enable Rabbi Balkany to remain at home so that he may continue to serve and help others. The pain that we all feel is palpable and cuts to the quick. Please hear the words from my heart.

Respectfully and in prayer,


Ruth Halpert

# EXHIBIT 17

NY01/VENAK/954974.1

Yechezkiel Kalikstein
███████████████
Brooklyn, NY 11204
███████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007                    January 10, 2011

     Re: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

I am the shamash (beadle) of the Munkacs synagogue in
Boro Park. It is my task to check on the prayer books,
make sure the honors are given out at the weekday
services and to attend to any other things that need
attention. My salary is very modest and often there are
things that my family has to go without because I
cannot afford them.

I really first got to know what kind of a man Rabbi
Balkany is when I went to register my daughter in his
elementary school. I was desperate to give our little
girl Sarah a good Jewish education but I had very, very
little money. There was only one person and his school
that took my daughter in and that is Rabbi Balkany. For
ten years that Sarah was at the school he never made
tuition an issue and allowed me to pay whatever little
I could afford.

     Sarah is friendly with one of his daughters and
she tells me that the same kindness I saw at the school
is what goes on in his home. Everyone has a place.
Please give this man a break. He gave me a break every
year for so many years. Please be kind to him.

     Yours sincerely,

     Yechezkiel Kalikstein

# EXHIBIT 18

Chaya Karpensperung
████████████
Brooklyn, NY 11204
████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 27, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I am a teacher of Jewish Studies and English at the Machon High School. Thirteen years ago I concluded seventeen years of teaching at Bais Yaakov of Brooklyn, Rabbi Balkany's school, where I taught the seventh grade. In all my years of teaching I have never come across a school head who is so concerned and involved with all the students. It was as if each one was his own child. He knew each of the children well and was extremely giving to them.

While there is much that I could write about Rabbi Balkany as the dean, I wish to bring to your attention the incredible sensitivity that he displayed as a human being to the students and their families. He was always very understanding about their financial situation and never pressed them for tuition if they could not afford to pay, and in his school there were many such families. Every day Rabbi Balkany looked over the children very carefully. He would always notice if anyone appeared troubled, if their clothes were tattered, if their shoes were worn or if they looked hungry and had not had breakfast before coming into school. He was unerring in his assessment.

Twice a year before the festival of Passover (in the Spring) and Tabernacles (in the Fall), every child that exhibited any of the above was given a voucher to go and buy shoes or clothing at one of the local stores. It was done sensitively, in a way to preserve their dignity, and Rabbi Balkany undertook care to cover the bill. We are not talking here about one or two children. There could easily be a hundred girls in such circumstances. He really looked out for them and it meant so much to them and their parents. In addition, before each festival he had a little 'goody' which was appropriate to the festival and which he personally handed to each child. And when he addressed the school, which he did on a regular basis, he always spoke on their level and in a way which made the girls feel good about themselves and want to improve and advance. He has all the wonderful characteristics of a true educator.

I also know his family well because I taught six of his daughters and interacted with them. The Balkany children reflect the goodness of their father and mother who, too, has a heart of gold. Rabbi Balkany is a gracious man and shows warmth to all. Like so many others, I feel so bad that he has landed himself in this predicament as all that he has tried to do and strives to do just to help others and to give hundreds of girls a chance to make something of their lives.

Yours sincerely,

Chaya Karpensperung

# EXHIBIT 19

**Sharon Konig**

**Brooklyn, NY 11219**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 28, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

    I will never forget the kindness that Rabbi Balkany showed me and my family over thirty years ago. My two eldest daughters Fraidie, now 38, and Yetty, now 36, were students in Rabbi Balkany's school. Fraidie was in Pre-1A and Yetty in nursery school.

    My husband contracted hepatitis and was not working for some three months and I was unable to pay the tuition. So I decided to keep Yetty at home as I felt that nursery school was a luxury we could not afford. When she was absent for a few days Rabbi Balkany was in touch with me and asked me what had happened to Yetty and I told him of my decision. His reaction was that this was unheard of and I should please send her to school and not to worry about the tuition. Your Honor, not even family members reach out in such a way. He was incredible to us.

    As time went on and my husband began to recuperate I decided to try and help Rabbi Balkany and I became the van driver to take girls to and from school. I did two runs in the morning, the first at 7:30 and I took my four children with me in the van as I had no babysitter, and did the same in the afternoon. Rabbi Balkany paid me for my services and I used those funds to pay the tuition for my children.

    My two daughters enjoyed being in the school and benefitted from all the care and guidance and went on to become great students in high school and beyond.

    I will never forget this kindness of Rabbi Balkany. He went that extra mile and made an incredible difference to a family.

Yours sincerely,

Sharon Konig

# EXHIBIT 20

**Sora Lampner**

**Brooklyn, NY 11204**

January 19, 2011

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

My name is Sara Lampner, a remedial high schoolteacher in the NYC public school system. Many years ago I taught at Rabbi Balkany's school for a period of two years and I got to know him very well indeed.

He is a very gracious individual who extends a warm welcome to whomever he meets. In the frenetic world in which we live, to find an individual who is consistently calming and a source of hope is extremely rare, but that is Rabbi Balkany. Whether in the school environment or outside of it, he represents this important ingredient of life. I have also attended his talks and his classes and, now that I am widowed for over a year, his words and his comfort are especially meaningful.

I live near to his home and from time to time visit there on a Friday night. I never cease to be impressed at how so many people, regardless of background, creed or situation, find themselves welcomed into that home, and each one is made to feel part of the family. That is a truly rare ability.

In the school environment he has also had a significant impact on the lives of the girls. By way of example, a close friend of mine has daughters who had significant learning and behavior issues. Rabbi Balkany not only accepted them into his school but was very instrumental in their growth and adjustment to society where they have integrated most successfully.

I am not familiar with Rabbi Balkany's case but I am terribly saddened that there is a prospect that he may be removed society. I truly believe it would be society's loss and those who have come to be dependent on him, aside from his family, will simply be devastated. Please show mercy.

Yours sincerely,

Sora Lampner