UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

MILTON BALKANY,

               Defendant.

10 Cr. 441 (DLC)

## ADDENDUM CONTAINING LETTERS* SUBMITTED IN CONNECTION WITH SENTENCING MEMORANDUM ON BEHALF OF MILTON BALKANY

*Redacted to delete street addresses, phone numbers

Dated: New York, New York
     February 9, 2011

KELLEY DRYE & WARREN LLP
Alan R. Kaufman
James M. Keneally
101 Park Avenue
New York, NY 10178
(212) 808-5195

# ADDENDUM B

## B.  Generosity – Home

36.  Faigie Ackerman

37.  Susan Akerman

38.  Molly Bandes

39.  Rivka Chaya Berman

40.  Sora Bluma Cohen

41.  Mr. & Mrs. Avraham Felsenburg

42.  Rabbi Sholom Geisinsky

43.  Isaac Gottdiener

44.  Tzipporah Green

45.  Boruch Greenberg

46.  Mr. & Mrs. Pinchas Guez

47.  Devorah Landman

48.  Aaron Schichtman

49.  Sara Siegel

50.  Pearl Tobinick

51.  Rabbi Moshe Meir Weiss

52.  Lawrence Winick

53.  Ruth Zakutinsky

# EXHIBIT 36

Faigie Ackerman
██████████
Brooklyn, NY 11219
██████████

The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 27, 2010

Re: Milton Balkany

Dear Judge Cote,

My name is Faigie Ackerman and I live alone near to the Balkanys' home. I work in an office in Manhattan and I know Mrs. Sarah Balkany since high school. I want to write to you about my personal experience with an extraordinary man and his blessed family - Rabbi Balkany. I was divorced twenty years ago and, unfortunately, I do not have much contact with my four children who are spread throughout the country from California to Florida.

Loneliness, Your Honor, I can tell you is one of the worst afflictions that a person can experience. Coming home from a long day's work to open shades and a dark apartment takes its toll. There is always a lot of pressure at work and especially in a family oriented faith, spending Sabbaths and festivals alone is very painful.

I will never forget how so many years ago, when they found out that I was alone, that I was invited to Rabbi Balkany's home for a Sabbath meal. Ever since then, for almost two decades, I have become a member of their household! Every Sabbath I am invited for the Friday evening meal and for Saturday dinner, as well as for all the festivals. Going to Rabbi Balkany's home brought a light into my life and it gives me the ability to face the weekdays' chores and challenges because I know that when the peace of the Sabbath arrives I will be in the embrace of his family.

He is tremendously giving and very warm and his home always has an open door. I cannot recall one occasion when anyone was turned away. On average, besides their own large family, there are fifteen to twenty people - some homeless, others lonely, and still others troubled - at their table at each of the Sabbath and festival meals. Yes, every week. And if more come another table is brought out and more chairs are added, so that even thirty people will not faze the welcoming gesture of Rabbi and Mrs. Balkany. The Balkany children help serve everybody and the food is always delicious. Rabbi Balkany treats everyone the same whether they are poor or whether they are rich, whether they are young or whether they are old. He welcomes in everyone with a warm smile and open heart.

It is a perfect place to experience the calming effect of the Sabbath and I do not believe there is another home anywhere where family is so welcoming and allows so many to invade their privacy. At each meal Rabbi Balkany shares some wisdom from the Scriptures or the Talmud and gives people a spiritual dimension to their meals. His exceptional kindness together with that of his wife gives so many others, myself included, the feeling of having family life.

Those of us who attend his home are very frightened that this anchor in the sea of uncertainty that is our life may be taken away, and the effect will be terrible, just terrible. We all ask Your Honor to show mercy. If there is to be a form of punishment we beg you to let it not be incarceration so that the kindness of this man and his family can continue to give life to others.

Yours very sincerely,

Faigie Ackerman

# EXHIBIT 37

# SUSAN AKERMAN

**Brooklyn, NY 11218**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

December 15, 2010

RE:  United States v. Milton Balkany,
     10-CR-441 (DLC)

Dear Judge Cote,

My name is Susan Akerman and I am a life/parenting coach on a telephone conferencing line. Much of what I do, I feel, can be attributed to the positive influence of Rabbi Balkany and his remarkable family who I have known for many years.

Four of my daughters attended Bais Yaakov of Brooklyn, which is the elementary school founded and run by Rabbi Balkany. Our family started with the school approximately thirty years ago. Even after our daughters graduated we maintained a connection that included inviting each other to family affairs.

Rabbi Balkany, as the head of that warm and wonderful family, has always been an inspiration to all who know him. He has, literally, an "open door policy" to his home. Everyone, from all walks of life is welcomed with equal warmth. No one leaves their home hungry - neither for food nor for a spiritual or emotional uplift. People know that his is the address to turn to for all kinds of problems, large and small, and at no charge. They know that he will do his best for anyone who comes with any kind of issue or heartache.

I am witness that he has taken children off the streets and into his home. They were given the necessary tough love to get their heads straight and stayed until they were ready to go back to their homes and back into society. This takes time, patience and caring and, amazingly, this in no way took away from the time, patience, and love that his own children needed. They all love, admire, and respect him, and many of them seek to emulate his desire to 'be there' for everyone.

I have been to his home on many Tuesdays over the years where his wife gives inspirational Torah sessions and serves a hot meal for all to enjoy. I have also been to their home on the holiday of Purim when many come to his door for financial assistance and for emotional support. He welcomes each person who comes in with such warmth

that if you didn't know better, you'd think that they were long lost relatives.

Simply, Rabbi Balkany's family and extended family, friends, neighbors, the general community and his school all have benefited to a greater or lesser degree from his concerned involvement in everyone's concerns.

While I am well aware that Rabbi Balkany is awaiting sentencing, because of the many years that I know him, I am also well aware that he is a truly special man who has much to contribute to the well-being of society at large, and our community in particular. I beseech you, Judge, to please take all the above into account and to impose the lowest possible sentence permitted under the law.

Sincerely,

Susan Akerman

# EXHIBIT 38

Miss Molly Bandes
████████████
Brooklyn, NY 11219

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 10, 2011

      Re: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

My name is Molly Bandes and I worked for Section 8 and then in the NY public schools system. Now I am retired and on pension.

I know Rabbi and Mrs. Balkany for ten years. For me both he and she are like angels sent from God. It is very difficult and sad to be alone and that is why going to their home every Friday night for the Sabbath meal and then for Saturday dinner is a light of sanity for me in this world. I suffer from diabetic neuropathy (a degenerative state of the nervous system) and find it very difficult to walk. Rabbi Balkany makes sure that I don't feel alone at this time in my life. I also attend Mrs. Balkany's class on a Tuesday and have lunch there, which is offered to all who attend.

Rabbi and Mrs. Balkany really go out of their way and they are extremely nice in offering food and making people part of their home. They have a wonderful family and their children and grandchildren help them serve the meals, often to 30 or so guests like me. At each meal the rabbi gives a short explanation on the weekly Scripture or some other topic and is both fascinating and enlightening. He does not sit like a 'lord of the castle' but rather gets up to serve tea and cake etc. He is extremely giving and I think he is the nicest person in the whole world.

I pray that he will not be sent away to prison because if that happens it will just be a disaster for so many people, starting from Mrs. Balkany all the way through to us pensioners. This whole episode has been and is a nightmare for us all and is very sad. His absence will be traumatic and if I may even say from my personal point of view I will have no place to go. Please extend your sympathy and mercy as he has done for all of us.

Yours sincerely,

Molly Bandes

# EXHIBIT 39

# Rivka Chaya Berman R.N.



**Jerusalem**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 14, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

Last year my husband and I realized a dream and moved to the Holy Land with our six beautiful children. He works in computers and I am soon to begin working in Terem, an emergency room.

Originally from California, as a young woman I moved to New York. Being alone in that big city was daunting and when it came to celebrating Rosh Hashanna (the Jewish New Year) I was feeling rather apprehensive and alone in the crowded, cold life of Brooklyn. However, a friend of mine, (Tziporah?), who is Rabbi Balkany's niece, introduced me to her uncle and who promptly invited me to join him and his family.

It turned out to be a most memorable High Holiday season. The hospitality of Rabbi Balkany and his wife is unforgettable - the freshly baked *challos* (festival breads) that awaited us at each meal, the personal attention and wishes of Rabbi Balkany to me and the dozens of people at the tables. They were from so many different backgrounds – professionals, teachers and beggars, men and women, young and old; and each person felt that he or she was <u>the</u> guest at the meal.

Soon after I got married, Rabbi Balkany gave me my first job where I remained for three wonderful years. We worked hard at Bais Yaakov of Brooklyn, but I learned so much there. I learned how to speak to people with honor and class, even if they had frustrated you to no end. I learned how to be gracious, to offer before taking, to carry myself as an adult – all by

observing Rabbi Balkany. You never knew who'd enter his office: a civic dignitary, a Rosh Yeshiva or a desperately impoverished family, and they all received a most courteous welcome. I still find myself using turns of phrase that Rabbi Balkany used, and I always feel polished when I do. A few years after leaving Bais Yaakov of Brooklyn I went back to school to become a registered nurse.

      Possibly the most poignant memory I have of Rabbi Balkany is one he may not be aware of at all. Once I was finishing up an assignment from work and dropped it off at Rabbi Balkany's house. He did not know it then, but my husband had just lost his job and I was miserable and fearful for us both. Rabbi Balkany, as per his custom and soft welcoming manner, offered me something to eat. To this day I remember the meat and salad I was served as food that fed my heart - it made me feel cared for at a very dark time of my life, and gave me courage.

      I pray for Rabbi Balkany, someone who has been there for me when I needed it.

Sincerely yours,

Rivka Chaya Berman, R.N.

# EXHIBIT 40

**Sora Bluma Cohen**

Brooklyn, NY 11219

████████████████

The Honorable Denise L. Cote
US District Judge
Southern District of New York
500 Pearl Street
New York, New York

December 26, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

The impact of the community loss of Rabbi Milton Balkany's day-to-day presence, for any length of time, will be devastating for so many members of the wider Jewish community. I believe that my first-hand experience with Rabbi and Mrs. Balkany allows me to make such an assertion.

When I first walked into the Balkany house, I was at a physical, emotional and spiritual low. The Rabbi and his wife Sara invited me to sit down and within moments, we were in deep and meaningful dialogue. The dialogue has continued for years and I have become a regular participant in Sara's weekly lessons. The two of them work as a unique team and their open house policy has fed and nurtured hundreds of people who would be deprived physically and emotionally without his presence, and I am one of them.

These classes and weekly celebrations of the Sabbath and Jewish holidays bring extraordinary gifts to the community. Their willingness to do anything to help their community, and they have been the link for so many to find not just practical needs like housing, jobs and other day-to-day necessities, but spiritual and emotional nurturing in an extraordinary way.

The Balkanys are a towering example of what it means to be decent human beings. Their guidance has been a powerful influence in my own personal journey. I continue to count both of them as mentors and friends.

It is my prayer that you will consider Rabbi Balkany's long time commitment to the community he treasures so fully when you determine his sentencing on the case before you. Any time he spends away from all of us will be a profound loss to an entire community.

Sincerely,

Sora Bluma Cohen

# EXHIBIT 41

Mr. & Mrs. Avraham Felsenburg

██████████████

Brooklyn, NY 11219

████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 30, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

Rabbi Balkany is a wonderful neighbor of ours for the last 32 years and a great asset to our neighborhood. His kind demeanor and soft-spoken nature is known to all.

His home a center of kindness and has made a significant impact in teaching tolerance and understanding to us all. Every Friday night and Saturday (the Jewish Sabbath) and on all Jewish holidays, he accommodates and feeds many, many guests – people that others would definitely shun or totally ignore. These indigent people – many with physical or mental disabilities would otherwise have nowhere to go and nothing to eat. Everyone who enters his home is treated like royalty. The amount of compassion and kindness he offers these people are beyond my ability to adequately describe. Each one, young and old, sick and healthy is made to feel like one of Rabbi Balkany's own family.

We personally were recipients of his compassion when he offered his help and guidance regarding one of our sons. He had social problems and issues which threatened to torpedo his upcoming engagement and marriage. Rabbi Balkany assessed the situation and directed us in getting the appropriate help at that time. The problem might have escalated greatly, if not for Rabbi Balkany's help and concern. Years have gone by and our son is happily married with beautiful grandchildren.

As mentioned above Rabbi Balkany and his wife Sarah, who is also a very special person, run a spectacular home that is truly a beacon of light for many, many, homeless, downtrodden and needy people.

Any consideration extended to him will be greatly appreciated by all of his neighbors, many, many friends and, indeed, the entire community.

Sincerely yours,

Mr. and Mrs. Avraham Felsenburg

# EXHIBIT 42

# Rabbi Sholom D. Geisinsky

████████████████████

**Brooklyn, NY 11213**

████████                              ████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 3, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

   I am a lecturer and teacher in Judaica and Talmud at the Bais Rivka Seminary
in Crown Heights and I write to you about a man who I have come to know and
deeply respect, Rabbi Balkany.

   Unfortunately, we live in a world where self interest and selfishness abounds
and, all too often, people are mean spirited and disparaging of others. I know Rabbi
Balkany for many years now and I have never heard a bad word or a negative
comment from him concerning other people, and we have had many discussions of
issues and situations. From him I have learned how to look at others and to try and
understand them, their circumstances and their choices. Just this lesson alone from
Rabbi Balkany has made me into a better person.

   I first met Rabbi Balkany when I was a youngster studying in yeshiva in Crown
Heights. Every year, on the festival of Shavuos (Pentecost) a group of us would walk
to Boro Park in an effort to enhance the spiritual atmosphere in local synagogues. It
was in the Balkany home where we were invited for the evening festival meal. We
were amazed how they accommodated us all, over and above the crowd of people
that were also regular Sabbath meal guests at their home. These guests were a very
disparate group from all sorts of backgrounds and with different issues. Some were
regular beggars, others infirm, and others elderly folk. The common denominator
was that they were lonely people with nowhere to go.

   Rabbi Balkany waited on them, personally, and presided over the meal like the
Biblical Abraham who welcomed all who came to his tent. All that Abraham required
from them was that they should recite grace for their meal. And Rabbi Balkany
emulates that trait. Judge, some of those people have been coming to his home every
single week for over twenty years!

In my classes, I have used Rabbi Balkany as the example of tolerance, understanding, kindness and outreach. He is a soft-spoken man and shares much wisdom.

When I sought a rabbinical position he was the one to whom I turned for help and he was more than gracious in his efforts. Years ago when my father was not well with cancer, and from which he passed away in 1992, Rabbi Balkany reached out to me and spoke to me like a son, giving me encouragement and empathy. He helped me build up my faith and trust in G-d, something for which I will be forever grateful.

Now things have come to a point when my mentor finds himself in a most difficult situation. I confess I do not understand all the details and I am distressed for him and his dear family. I plead for your clemency and understanding.

Yours sincerely,

Rabbi Sholom D. Geisinsky

# EXHIBIT 43

**Isaac Gottdiener**



Brooklyn, NY 11218

January 27, 2011

The Honorable Denise L. Cote
Untied States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

Shortly you will be deciding on the type of sentence to be given to Rabbi Yehoshua Balkany. Allow me to articulate personal observations about him that may give you another perspective of this person.

I have known Rabbi Balkany for over thirty years, ever since I went to Torah Vodaath. Years later, in my capacity as an employee of the yeshiva we both attended, I have had several occasions to work with him in assisting people that needed financial and moral support, and he did whatever was possible to help. His eagerness to help people in trouble and his willingness to share the troubles of others is truly proverbial.

On a personal level I have been in his home on a number of occasions and have witnessed how he welcomes all who cross his threshold, including people whom others would shun. Everyone, from the lonely to the homeless to the sometimes mentally unstable, knows that the Balkany family, and especially Rabbi Balkany, is always willing to lend an ear, give a hot meal, and help out.

Maintaining private institutions of education in today's day and age is not simple, and in this Rabbi Balkany is unique in his personal commitment to students, their parents and the staff. He always maintained the Bais Yaakov of Brooklyn with high standards of education, while allowing many students from financially disadvantaged homes to attend, without pressing for tuition. He cares about every one of his students and is a friend to countless in our community.

I urge you to consider his decades and many deeds of extraordinary kindness and treat Rabbi Balkany considerately. His absence, for even a short period of time, will not only impact his very tightly knit family who are extremely dependent on him, but it will have a ripple effect on all those for whom he cares and helps.

Sincerely,

Isaac Gottdiener

# EXHIBIT 44

                                        Miss Tzipporah Green
                                   Maimonides Medical Center
                                   ████████████   ███
                                   ██       ████████████████
                                     Brooklyn, NY 11219
                                   ████████████████████

The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

December 20, 2010

                    Re: Milton Balkany

Dear Judge Cote,

     For almost two years I have been living in the
Maimonides geriatric facility. At one point I seemed to be
regaining my strength and was looking to move out but I got
sick again and have continued in this nursing home. I am
not feeling too well but when I heard of what happened to
Rabbi Balkany and that there was a chance to write on his
behalf to the Honorable Judge I was determined to make
every effort to do so no matter how bad I felt.

     The reason is that for the last fifteen years Rabbi
Balkany has represented life to me, nothing less. I am sure
with most people they do not have someone who means so
much, especially a person who is not one's relative or
friend.

     I met Rabbi Balkany and his family fifteen years ago.
I lived alone in an apartment across the road from his
home, and every Sabbath I had always observed a group of
people that would gather at his door as if waiting for
someone to return. I assumed that these were family
members. What I eventually did find out was that the house
was the home of Rabbi Balkany and none of these people were
members of his family. They were lonely, single people like
me who had no family nearby and who spent the Sabbath and
festivals alone.

I, too, had no family and nowhere to go on the Sabbath and a friend said I should just knock on the door and introduce myself and I would be welcomed in, instantly. I was too shy to do so and my friend introduced me to Rabbi Balkany. The man opened his home to me, just as he did for the others, and I became one of those 10, 20 or even 30 people that come to his table every Friday night and Saturday dinner, as well as on every Jewish festival. And so, for all these years every single week, 52 weeks a year and all the festivals, I have been a member of his "family". It was as if he and his wife were able to push back walls and raise ceilings to accommodate more people. When the food was served you could not see the plate. They were never miserly with the food that they gave out. Two years ago when my landlady sold the building and all the tenants had to move I was living in the basement apartment. I had no place to go. It was at that time I was admitted to Maimonides and I had to put my furniture in storage, which I could not afford. Rabbi Balkany told me not to worry and since then, every month, Rabbi Balkany has paid the storage for my furniture.

Judge Cote, no one, no member of my family or anyone else has done or would do for me what this angel of mercy has done. My only living older sister who is diabetic, an amputee of a leg and who has suffered a stroke cannot help me. The one person who can and does is Rabbi Balkany. Now I sit in the nursing home crying and fearful about what will be with me and my few possessions that are in storage. I have nowhere to go and nowhere to be.

Please, I beg of you, please show compassion to Rabbi Balkany and all the others like me who have nowhere to go.

Sincerely,

*Tzipporah Green*

(Miss) Tzipporah Green

# EXHIBIT 45

Boruch Greenberg

████████████████

Brooklyn, NY 11213

████████████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 22, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

My name is Boruch Greenberg. I am 29 years old, married and have one child. I write to you on behalf of Rabbi Balkany who has been like a second father to me and I plead to you with all my being to show mercy and compassion to a man who has done that and much more for me and for so many other people.

When I was 11 years old my parents, who head the Chabad Jewish community in Buffalo, NY, decided that, in the absence at that time of a yeshiva in Buffalo and in order to further my Jewish education and spiritual growth, I should go to yeshiva in New York. Such a move to send a child from home is very common in the Chabad community where parents are outreach workers in distant cities and countries and there is a support system in the Brooklyn community. I was excited to go because my brothers who had been in New York as well as so many other people who had visited us in Buffalo. I would also have regular visits to my parents' home.

When I was thirteen I became very friendly with Rabbi Balkany's son, Mendy – we were in the same class - and after that I often stayed over at their home on weekends for the Sabbath and festivals. Thus, I know Rabbi Balkany and his family for over sixteen years. Please let me share my impressions because Rabbi Balkany and his wife are a unique couple.

Your Honor, I grew up in a home where there was ongoing outreach to individuals and families. My father has touched the lives of many people in the greater Buffalo area and, frankly, I felt that I knew what outreach was all about. However, spending time in the Balkany home showed me to what unbelievable heights outreach and kindness can rise. Yes, as I said, my parents' home is a very open home but Rabbi Balkany's is just something else. The different and disparate backgrounds of the people who found their way there – regulars from Boro Park, Crown Heights, Texas and other places, took me aback. It seemed that people from all over knew Rabbi Balkany.

Then there are those individuals that I believe that most people would have a difficult time allowing them into their homes. On a Friday morning one can see them begging in the streets of Boro Park, and at night the same people are at the Balkany table like members of the family! Many years have passed since I was a regular in Rabbi Balkany's home. My wife and I go to the Balkanys for a Sabbath from time to time and I

admit I still cannot get used to some of their 'guests'. Honestly, I don't know if there is anyone in this big city that is so kind and accommodating as are Rabbi and Mrs. Balkany.

An indication of how strange and devoted some of these people are was the following incident. It was Friday night and I was there I was sitting at the table near the window. Suddenly there was a loud bang from an object hitting the window. I jumped up and, together with Mendy, ran out of the house and caught the culprit. We brought him back to the house and he was yelling all the time. And then we recognized him. He was one of the regular down-and-outers who was always a little off and who came to eat at the Balkany home! Apparently he had seen a picture of Rabbi Balkany in a paper and an article describing his current difficulties. He was so shocked and upset about what may happen to Rabbi Balkany that he came past the house and in his frustration and fear he threw something at the window. A short while later he was sitting down eating supper with everybody else. Rabbi Balkany just never rejects anybody.

At all the meals at their home Rabbi Balkany makes a point of greeting each personally individually and mentioning them by name.

For me personally, over the years Rabbi Balkany has always been somebody that I could speak to. He has gone beyond any possible expectations to make me feel comfortable as if I was my own house. It was truly a home away from home.  Living far away from my parents was a real challenge for me, more than I ever thought it would be, and I feel that it would not have been possible if Rabbi Balkany was not there for me. This is something I often think about and will never forget.

Sincerely,

Boruch Greenberg

# EXHIBIT 46

Mr. & Mrs. Pinchas Guez

Brooklyn, NY 11219

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 28, 2010

   **Re: United States v. Milton Balkany - 10-CR-441 (DLC)**

Dear Judge Cote,

   We have known Rabbi Milton Balkany since 1977. He is a
caring, compassionate and religious man.

   He is a loving father and grandfather to his large
immediate family and to his `other' family which consists of
lonely and the elderly people, as well as for orphaned
people that have no place to call home. The Balkany home is
a haven for them all as they know they have their warm
meals, caring company and compassion awaiting them every
single Friday night and Saturday dinner.

   Rabbi and Mrs. Balkany's hospitality is legendary in
the wider Orthodox Jewish community. We do not know of any
other individuals do such personal outreach as do the
Balkanys.

   Many charity organizations and indigent people have
benefitted so much from Rabbi Balkany's generosity and
assistance in fundraising and time spent on their projects
and needs. His standards of respect and care for his parents
were impeccable. He attended to their every need lovingly.

   To put it simply, Rabbi Balkany is an individual who
has always put others before himself. He is a pride of our
community and we feel privileged to call him a friend. Now
that he finds himself in such a situation, our hearts are
sore for him. Please consider all that he has done in the
past and still does for other people and be kind to him.

   Sincerely,

   Mr. and Mrs. Pinchas Guez

# EXHIBIT 47

Devorah Landman
█████████
Brooklyn, NY 11218
█████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 28, 2010

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

I was a third grade Hebrew teacher in Rabbi Balkany's school for twenty years. Like so many of the staff I greatly respect Rabbi Balkany and I am a witness to his overwhelming kindness and efforts on behalf of his students and their parents. He was warm to everyone, always asking about their family members and how they were getting on. That meant so much to everyone.

Although Rabbi Balkany is a very eloquent speaker it was quite remarkable how he could speak to elementary school girls on their level and even the youngest grades that may not have understood all that he said realized that a special man was talking to them and were in awe of him. Every girl felt special with him as he knew each of them by name. As an educator he added a singular touch to his outreach to the students. Once a month an assembly was held where he would personally hand to each child little treats appropriate to the upcoming festivals on the Jewish calendar.

On a personal level Rabbi Balkany was very kind to my family. When we had the bar mitzvahs for our sons he let us use the school hall at no charge, sparing us an expense we could not afford.

When Thanksgiving comes about every year I invariably think of the Balkanys. The reason is because most people prepare for weeks in advance of the holiday anticipating their extra guests. However, in Rabbi Balkany's home such meals are enacted twice every Sabbath, on Friday night and Saturday lunch. The number of guests aside from his large family can number 15–30 and more. Some of the guests are regulars who have been coming every week for more than two decades! They are lonely, mostly elderly, folk who do not have where to go for these meals and certainly not in a family atmosphere. The Rabbi and wife and their children wait on these people as if they are special and noble guests.

However, the outreach of Rabbi Balkany goes much farther.

His efforts for kids at risk are extraordinary. He will take them into his home for months on end and work with them in an effort to bring them 'back' to normalcy and to reintegrate them into their families. On one occasion he took in eight teenagers/young adults at one time and they stayed for TWO YEARS! Today they have each gone on to build stable homes and are happily married productive adults. To suggest that Rabbi Balkany is a one man social agency is no exaggeration. Kindly show him mercy.

Yours sincerely,

Devorah Landman

# EXHIBIT 48

**Aaron Shichtman**

██████████████

**Brooklyn, NY 11219**

███████████                                              ███████████

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 19, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

     I work as the administrator at Yeshiva Gedola of Midwood for at-risk youth and I am also the kosher food supervisor at the Palm Tree Nursing Rehabilitation Center. In the former I see the ravages that the culture of the streets is doing to our youth. In the latter I see many elderly and lonely, and what becomes of them, especially when their families do not come to visit them. Those who can help them are truly angels of mercy that are sorely needed. One such 'angel' is, unquestionably, Rabbi Balkany,

     Originally from Cleveland I came to New York seventeen years ago and I met Rabbi Balkany about ten years ago. However, it is during this last year that I have become close to him and every second week I join him at his home for the Sabbath meals. They have a simply furnished house, not lavish, but it is a home to so many people, especially the elderly, the lonely, and wayward youth.

     Rabbi Balkany really looks out for others and the way he treats his guests is a lesson in kindness of Biblical proportions. Many of those who find themselves at his table and who also have issues would not be welcomed in most of the homes that I know. Some are mendicants and are extremely disheveled and others are teenagers rebelling and who have been thrown out of their homes or ran away. While outside of Rabbi Balkany's house they are loud and discordant, in his home there is a calm that envelops everybody. He leads the calming and spiritual singing of Sabbath hymns and his words and messages are always inspiring, and we all have tremendous respect for him.

     What impresses me is that the Balkany children do not resent this continual outreach and involvement by their parents with others at what appears to be the expense of the family. That alone speaks wonders about Rabbi and Mrs. Balkany. However, it is clear that Rabbi Balkany is the support and strength

behind this family. As a result of all their activities and his larger-than-life presence I believe that If Rabbi Balkany is sent away the impact will be extremely severe, more so than with a regular family. Please look out for him as he looks out for so many others.

Yours sincerely,

Aaron Shichtman

# EXHIBIT 49

Sara Siegel



Brooklyn, NY 11219

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 12, 2011

        Re: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

        My name is Sara Rachel Siegel, an immigrant from Haiti.
I came to the Untied States more than twenty years ago and
after some time I found myself attracted to Judaism and I
converted and accepted that faith.

        I married a Jewish man and I hoped that it would be a
fulfillment of a dream and the beginning of a good life.
Unfortunately, it was a nightmare. He was a crazy man and
very abusive and we were divorced thirteen years ago. I had
one son, Nachman who is turning eighteen. It was such a
bitter marriage that I pray I will have a chance to find
happiness.

        In the meantime I live all alone. Not long before my
divorce was finalized the pressure and loneliness took a
big toll on me until someone told me that near to where I
live is a place where they welcome you, they welcome
everybody, especially on the Sabbaths and on Jewish
festivals, and it was also a place where a person could
eat. I thought maybe it was like a soup kitchen but nothing
prepared me for the home of Rabbi Balkany.

        I have never seen anything like it in my life and I have
been in different parts of the world. I have never seen a
house open like this. Rabbi Balkany is such a generous
person and he helps everyone. I know there are many people
who have money but they do not share. Whatever he has he
shares with the entire world. He helps them to have food
and to sit in a clean place.

If Rabbi Balkany is sent away it is like destroying an entire neighborhood. The day that happens will be a heartbreaking day for so many people.

By the way, it is not as if people just come for a meal. It is like an island where you feel good - everyone there feels good. We could be getting to the end of a meal and a whole lot of people will come in and Rabbi Balkany will welcome them in and then wait on them patiently and they will get a full meal like we did. With him no person is turned away. Often if there were too many guests his children eat in the kitchen so that the extra guests could be put at the table.

Sometimes I would wonder if his children resented it, but then I saw their happiness and the way that they turned out as adults and welcome people into their own home. Rabbi Balkany sets the finest example of goodness and kindness. Please show the same to him.

Yours sincerely,

Sara Rachel Siegel

# EXHIBIT 50

Pearl Tobinick

Brooklyn, NY 11219

January 22, 2011

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

    I have been widowed for the last twenty years and
unfortunately.have no children. I have also been retired
for quite some time and well know the feeling of being
alone. Thank God that Rabbi and Mrs. Balkany and their
family live on this block and have allowed me to become
part of their family.

    Eight years ago I was introduced to Rabbi Balkany
through friends and since then I consider myself as one of
their household. I eat with them every Friday night and
Saturday and that has come to mean the world to me, along
with so many others. It is so wonderful to be part of that
gathering.

    Rabbi Balkany makes us feel happy that we come to his
home and that he is happy that we come. While we are the
ones who should be thanking him, he is the one who thanks
us for coming. We senior citizens who attend feel so warm
and wanted and so appreciate the family atmosphere. That
home is remarkable. I don't even know why they have a door
other than to keep the wind out because the flow of people
in and out is something to see.

    Aside from the Sabbaths, every Tuesday Mrs. Balkany
gives a lecture and so many of us attend and get lunch as
well. Since I began going to the Balkany's and joining all
of those who do so as well, I felt that their home and

kindness is a fixture of Boro Park. However, now that Rabbi
Balkany faces sentencing I am terribly afraid that this may
come to an end. I am not ashamed to say it, but for me and
for so many like me it will be so awful. Without Rabbi
Balkany at home none of this can continue.

Therefore, I respectfully ask that you be merciful and
consider applying some other kind of sentencing so that the
stability in our lives will not be shaken. I implore you.

Yours sincerely,

Pearl Tobinick

# EXHIBIT 51





בס"ד

# Rabbi Moshe Meir Weiss

### Rov of Agudas Yisroel of Staten Island

• Staten Island, New York 10314

אגודת ישראל

**Shiurim:**
Daf Yomi Aguda SI 8pm
Daf Yomi Sfardishe
Shul Boro Park
Motzoei Shabbos
Sun, Wed 10:30am
Tues 10:15 pm
Mon Thurs 11:20 pm
**Chumash Shiur**
Rabbi Landau's Shul
Ave L. E 9th
Tuesday Night 9:45 pm

**Kol Haloshon Daf Yomi:**
718-906-6400
Press 1 then 2 then 1

**Kol Haloshon Mishna Yomis:**
718-906-6471

**Books in Print:**
Passionate Judaism
Meaningful Living
Challenging Times
Rabbi Weiss on
the Yomim Noraim
Power Bentching

**Columns:**
Jewish Press
Country Yossi Magazine

**Torah Videos:**
Torahanytime.com

**Weekly Subscription:**
CD's $26 A Month
Tapes $22 A Month
To Order Contact
Rabbi Weiss
P.O. Box 140726
SI, NY 10314
or RMMWSI@aol.com

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

January 22, 2011

Re: United States V. Milton Balkany 10-CR-441 (Dlc)

Dear Judge Cote,

When I reflect back on almost a quarter of a century that I know Rabbi Yehoshua (Milton) Balkany, I am flooded with a barrage of powerful memories.

In the early nineties I taught for him in the 12th grade at his Kesser Bais Yaakov High School. There I had the opportunity to witness first hand his kindness and selflessness to the students. Private schooling is the norm in the Orthodox Community but the fact is that many families cannot afford it. Schools are adamant about tuition and any breaks are few and far between. As a result, girls from poor homes could be literally left out in the cold. Rabbi Balkany was the exception. I am not aware that there was ever a case where a girl was turned aside for financial reasons.

However, it was not only in the monetary aspect where Rabbi Balkany's kindness was to be seen. Quite a few schools wanting to have a polished image would refuse to take a weaker girl or a 'wild' girl. Not Rabbi Balkany. He viewed each student as if she was his own daughter.

Rabbi Balkany's persona is consistent out of the school milieu as well. Without any word of exaggeration, his home is a place of wonder. A large dining room table with four tables at right-angles is the Friday night and Saturday dinner gathering place of the elderly, the indigent, those from broken homes, and others who are just lonely. Both in his professional life and his private life Rabbi Balkany has often been the last bastion of hope for many troubled souls.

As a clergyman for almost three decades I have seen many people who, for one reason or another, cause friction for society. Whether it is due to their temperament, irresponsibility or selfishness they are candidates for some measure of rehabilitation. Rabbi Balkany is a shining example of the exact opposite. He is a man who lives for others, constantly extending himself in many arenas to help the more unfortunate. He has literally thousands of happy and well balanced students representing three generations of the Jewish American population.

I humbly plead with Your Honor to take these facts into account when you consider Rabbi Balkany's fate. May God guide you in truth and kindness.

Sincerely,

Rabbi Moshe Meir Weiss

# EXHIBIT 52

Lawrence Winick

▬▬▬▬▬▬
Brooklyn, NY 11219
▬▬▬▬▬▬

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 19, 2011

          Re: United States v. Milton Balkany - 10-CR-441 (DLC)

Dear Judge Cote,

          Please allow me to introduce myself. My name is
Lawrence Winick, and from 1943-46 I served in a US
Artillery Unit in Europe. I am a graduate of NYU and for
the last twenty years I am semi-retired and active in sales
of office supplies to corporations. I am also a bachelor.

          It is amazing how much a person takes good things for
granted. For me Rabbi Balkany and his home are among the
best things that have happened to me. For more than twenty
years I have been at his home almost every Friday night and
Saturday for the Sabbath meals as well as on all the
festivals. In fact, they have become my family and he means
the world to me.

          I am not the only guest they have. Their home is
packed at every one of these meals with 20-30 people
besides their family. I have never seen him not accept
anyone who has come to eat. He is always very polite and
has never said a word that could embarrass anyone there.
Mrs. Balkany is really gracious, has a good heart and very
friendly and serves everybody.

          It is very hard in a few words to describe all who
come but there are all kinds. Most are Orthodox and also
from different groups. The majority of the people are very
nice but there have been some significant exceptions. A
while back two of them were arguing and they started to
become physical. They had to be separated, and still Rabbi
Balkany never said anything bad about either and helped the
tempers to cool.

On another occasion a man who clearly had an emotional problem spoke sharply to another guest who promptly slapped him and overturned the table. Things were quieted down, one went away but by the next Sabbath he was back and Rabbi Balkany graciously accepted him. I do not know how many people would have reacted as Rabbi Balkany did in such cases. In all these years I have never seen him lose his temper or say a sharp word. He is just very polite to everybody. Whenever I come to their home I have a regular seat next to a friend of mine, Scotty, and Rabbi Balkany is always so thoughtful in keeping it for me.

If Rabbi Balkany has to go to prison I just don't know what will happen in that home. To say that his family will be devastated is an understatement. He is so much the central pillar of that family. But there are also us, the 20-30 nonfamily members who will be lost. It is not just that most won't have a place to eat, but there will be the absence a family to be with and the spirit of Shabbos, and that will be so very, very hard.  I earnestly urge Your Honor to enable him to continue at home and to consider an alternate form of sentencing.

Respectfully,

Lawrence Winick

# EXHIBIT 53

**Ruth Zakutinsky**

**Brooklyn, NY 11230**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

January 4, 2011

Re: United States v. Milton Balkany – 10-CR-441 (DLC)

Dear Judge Cote,

My name is Ruth Zakutinsky and I came to New York thirty years ago from New Haven, Connecticut where my late husband was the rabbi. We served the community there for many years and were active in community outreach.

When we moved to New York I practiced my teaching profession and also worked in school administration. Rabbi Balkany approached me to consider the position of liaison of student affairs at his high school with the focus on increasing student enrollment. He was clear about the philosophy of the school to offer a Jewish education to all girls regardless of their intellectual ability or their family's ability to pay.

I must confess that this approach was extremely refreshing and it indicated that I was dealing with a true educator who put the children first. Over the years that I was with Rabbi Balkany I saw just how true that observation was. He was and is a perfect gentleman. He was true to his word and we never even had a written contract. He gave me an excellent salary, paid me on time and I believe that he did so with the rest of the teaching staff. His staff comprised devoted and loyal people. He trusted them and never micromanaged their efforts. He let them do what they had to do and they responded accordingly. Unfortunately, after a few years I had to withdraw from the workforce as my husband suffered a series of strokes and I was his caregiver.

Rabbi Balkany led by example and the students loved him. They knew that he cared for them and this was especially important for a large part of the student body who came from very difficult home and financial backgrounds.

They knew that Rabbi Balkany would never let them down or let them founder, and he was instrumental in building self-confidence in hundreds of these girls.

I also knew Rabbi and Mrs. Balkany personally and visited them in their home. Their house is always filled with lonely people or down-and-outs who needed a square meal. While the rabbi and his wife are an incredible team, on occasions when she is not home he rolls up his sleeves and looks after these people by himself. I remember one lady who looked as if she just came out of the Bowery, and there was Rabbi Balkany treating her like a princess and asking her "Can I give you this or that?" The number of people that eat in the Balkany home in any given week can number well over a hundred, and when it comes to festivals that number can double or triple. How they do it I do not know. Such entertaining requires incredible fortitude. While Mrs. Balkany can be a great hostess and she is, there is no doubt she could not do this without the unqualified support of her husband. He is truly a 'host magnifique'. Their "extended family" usually sits around for hours after the meal is concluded occupying the living room at the Balkany home.

I have seen how Rabbi Balkany elevates people's morale and self-image. He just turns them around. Just this past week I visited their home and saw a stranger walking down into the basement. People who just cannot find a place for themselves and ne'er-do-wells find in him a mentor who not only gives them an opportunity to see their self worth but he gives them a feeling that they are helping him.

It would be a very sad day if Rabbi Balkany was removed from society. Please consider all the good and kindness that he has done, year in and year out for decades, and still continues to do.

Yours sincerely,

Ruth Zakutinsky