

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (212) 885-5142
Fax:    (917) 332-3774
Email:  jchoffman@BlankRome.com



MEMO ENDORSED

February 19, 2015

**VIA ECF**
Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom: 15B
New York, NY 10007-1312

2/20/2015

Re:   United States v. Milton Balkany 10-CR-441 (DLC)

Dear Judge Cote:

Please be advised that I represent Rabbi Milton Balkany who was tried, convicted and sentenced by Your Honor. He has completed his sentence of incarceration and is presently on supervised release.

I am requesting on behalf of Rabbi Balkany an extension of his travel boundaries so that he may travel to Israel between March 10 and March 25, 2015. He will be lecturing and participating in religious services, including leading a memorial service. He will be staying at the Prima Palace Hotel in Jerusalem.

Both Marline Aurelus, the Probation Officer overseeing his supervised release and Assistant U.S. Attorney Eli Mark have no objection to these travel arrangements.

Thank you for your consideration.

Respectfully submitted,

Jeffrey C. Hoffman

Granted.
Denise Cote
2/20/15

cc:  Eli Mark, Esq. (via e-mail)
     Marline Aurelus (via e-mail)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

144842.00601/7494668v.1

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington