Milton Balkany  41158 - RSD
Docket Number: 10 CR 441-01 (DLC)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

## *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☐  Early Termination of Supervised Release **Approved**

☑  Early Termination of Supervised Release **Denied**  *dlc*

☐  Other:

_____
Honorable Denise Cote

1/13/16
_____
Date